# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELICOPTER HELMET, LLC, and GOVERNMENT SURPLUS SALES, INC. d/b/a GOVERNMENT SALES, INC., | No. 1:17-CV-00497 |
| | (Judge Brann) |
| Plaintiffs | |
| v. | |
| GENTEX CORPORATION, FLIGHT SUITS d/b/a GIBSON & BARNES, and JAMES T. WEGGE, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of May 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by Defendant Gentex Corporation, ECF No. 37, is **GRANTED WITH PREJUDICE.**

2. The Motion to Dismiss filed by Defendants Flight Suits d/b/a Gibson & Barnes and James T. Wegge, ECF No. 39, is **GRANTED WITH PREJUDICE.**

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge